
FILED
JAN 21 2020
CLERK U.S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19-CR-5182-CAB |
|---|---|
| v. | **ORDER AND JUDGMENT GRANTING UNITED STATES' MOTION TO DISMISS** |
| HECTOR ANDRES MARTINEZ-GARCIA, | |
| Defendant. | |

UPON THE GOVERNMENT'S MOTION, IT IS HEREBY ORDERED that the information shall be dismissed against Hector Andres Martinez-Garcia without prejudice.

IT IS FURTHER ORDERED bond is exonerated. Defense Counsel shall prepare an order to disburse funds or release collateral.

IT IS SO ORDERED.

DATED: January 21, 2020

HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE